# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00215-CV

**Dresser Industries, Inc., Appellant**

**v.**

**Dorothy A. Lehmann, et al., Appellees**

## FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
## NO. 26,342-B, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Dresser Industries, Inc. has notified this Court that its bankruptcy proceeding that caused its appeal to be stayed has terminated. Accordingly, we reinstate the appeal. *See* Tex. R. App. P. 8.3(a). Appellant has also notified us that the parties have settled the underlying proceedings and has moved to dismiss its appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: March 3, 2006